IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

IN RE:　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 to a 7
SAMUEL E. HOGUE

　　DEBTORS　　　　　　　　　　　　　　　　　CASE NO: 18-50832

　　CHAPTER 7 INDIVIDUAL DEBTOR'S AMENDED STATEMENT OF INTENTIONS

　　1. I, the debtor, having filed a schedule of assets and liabilities which includes debts secured by property of the estate.

　　2. My/our intentions with respect to the property of the estate which secures those consumer debts is as follows:

　　　a.　Property to be surrendered:

　　　　　Description of property　　　　　　　Creditor's name
　　　　　FURNITURE　　　　　　　　　　　　　W.S. BADCOCK
　　　　　2016 CAMRY　　　　　　　　　　　　REGIONAL ACCEPTANCE
　　　　　CLOTHING　　　　　　　　　　　　　KAYBEE OF MACON

　　　b.　Property to be retained:

　　　　　Description of property　　　　　　　Creditor's name
　　　　　NONE

　　3. I/we understand that 521(2)(B) of the Bankruptcy Code requires that we perform the above stated intentions within 45 days of the filing of this statement with the Court, or within any extension of the 45 day period which the court may grant.

　　This　　21st　　day of　October　, 2019.


　　　　　　　　　　　　　　　　　　　　　　　　/s/samuel e. hogue
　　　　　　　　　　　　　　　　　　　　　　　SAMUEL E. HOGUE



KATHLEEN S. GRANTHAM
Attorney for debtor
Bar Number 305619
 kathleengrantham@yahoo.com
 403 1/2 S. Pleasant Hill Rd.
 Warner Robins, GA  31093
(478) 923-0300